# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Case Number :     2018-06121
Case Title :      Maxwell v. Kaylor

### THIS DOCUMENT CONTAINS AN AUDIO FILE ATTACHMENT

The attached digital recording is a copy of a court proceeding and is provided as a convenience to the public. It is not an official record; only transcripts prepared by court-arranged transcriptionists will be considered the official record of this proceeding. 28 U.S.C. § 753(b).

For information about ordering a transcript, see    **https://cand.uscourts.gov/transcripts**

Case Type :        cv
Audio Date\Time:   1/30/2019 1:08:22 PM
Audio File Name :  5cv2018-06121_20190130-130822.mp3
Audio File Size :  9432 KB
Audio Run Time :   [00:19:39] (hh:mm:ss)

**How to access the audio file**
The audio file is embedded as an attachment in this PDF document.

*Listening to the file with Adobe Reader:* Click the Attachments tab or the Paper Clip icon. Select the audio file and click Open. If you do not see the Attachments tab, press **F4** on your keyboard, then click the Paper Clip icon, OR click on **View > Show/Hide > Navigation Panes > Attachments.**



**For technical support, guidance and more info**:     **https://cand.uscourts.gov/audio**