UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL T MAXWELL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ROY KAYLOR,<br><br>　　　　　Defendant. | Case No. 18-cv-06121-NC<br><br>**ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED** |

Following the resolution of Plaintiff Michael T. Maxwell's appeal, the Court scheduled a case management conference for August 25, 2021, with a joint case management statement due August 18, 2021. ECF 77. As of August 23, 2021, the parties did not submit a case management statement, so the Court issued a reminder to file a statement by August 24, 2021. ECF 78. Again, the parties failed to timely file any documents or otherwise respond to the Court's reminders. The Court now ORDERS Maxwell to show cause in writing why the case should not be dismissed for failure to prosecute by September 8, 2021.

**IT IS SO ORDERED.**

Dated: August 25, 2021

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　NATHANAEL M. COUSINS
　　　　　　　　　　　　　　　　　United States Magistrate Judge