Colonel Michael T. Maxwell (Ret.)
Pro Se Plaintiff-Appellant
4940 East Walnut Street
Soquel, CA  95073
Tel: (831) 475-2775
Email: mmgoodguy1@gmail.com


Andrew F. Pierce (State Bar No. 101889)
**PIERCE & SHEARER LLP**
Woodside Corporate Center
2055 Woodside Road, Suite 110
Redwood City, CA  94061-3366
Phone: (650) 843-1900
Fax:    (650) 843-1999
Email: apierce@pierceshearer.com

Attorneys for Defendant
ROY KAYLOR, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael T. Maxwell<br><br>                    Plaintiff,<br><br>v.<br><br>Roy Kaylor, Jr., and DOES 10 through 100, inclusive,<br><br>                    Defendants. | Case No. 5:18-cv-06121-NC<br><br>**STIPULATION TO DISMISS;<br>ORDER TO DISMISS**<br><br>Judge:  Hon. Mag. Judge Nathanael Cousins |

IT IS HEREBY STIPULATED by and between the parties to this action, Plaintiff, Colonel Michael Maxwell (Ret.), and Defendant, Roy Kaylor, Jr., , through their designated counsel that, the above-referenced action is voluntarily dismissed ~~with prejudice~~ in its entirety pursuant of Civil Procedure, Rule 41(a). The parties request the Court to vacate the November 17, 2021 Case Management Conference and close the file.

IT IS SO STIPULATED.

Respectfully Submitted,

Date: November 16, 2021

COLONEL MICHAEL T. MAXWELL

By: _____
Colonel Michael T. Maxwell (Ret.)
Pro Se Plaintiff-Appellant

Date: November 16, 2021

PIERCE & SHEARER LLP

By: _____
Andrew F. Pierce
Attorneys for Defendant
ROY KAYLOR

THEREFORE, IT IS ORDERED THAT, pursuant to FRCP 41(a), the above-referenced action is dismissed with prejudice.

Dated:      November 16  , 2021          _____

HONORABLE NATHANAEL M. COUSINS,
United States Magistrate Judge



**STIPULATION TO DISMISS;**
**ORDER TO DISMISS**                                                                                     Case No. 5:18-cv-06121-NC